# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

MARY McVEY, Respondent, *v.* MARY A. CANTRELL, Appellant.

*Married woman — what constitutes charge upon separate estate.*

Advancing money for the payment of interest on outstanding mortgages on the real estate of a married woman, and, in that way, protecting such estate from a sale under foreclosure, is such an improvement of its condition as to render it chargeable with the money loaned and advanced for that purpose, and an action may be maintained against her upon a promissory note given therefor; and after being equitably charged, in that manner, the subsequent appropriation of the money by her to another object, as to the support and maintenance of her family, cannot change the rights or divest the security of the lender. (*Scott* v. *Conway*, 58 N. Y., 619; *Manhattan Brass Co.* v. *Thompson*, id., 80; *Bodine* v. *Killeen*, 53 id., 93; *Quassaic Nat. Bank* v. *Waddell*, 8 S. C. [1 Hun], 125.)

Appeal from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*Henry H. Morange,* for the appellant. *Daniel T. Robertson,* for the respondent.

Opinion by Daniels, J. Davis, P. J., and Brady, J., concurred.

Judgment affirmed, with costs.